6001.619

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO: ~~2017-CA-007446-CI-7~~
8:18-cv-00171-T-30 SPF

JENNIFER FARLEY,

    Plaintiff,

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, a foreign corporation
authorized to do business in the
state of Florida,

    Defendant.
_____/

## MEDIATION RESULTS REPORT

A MEDIATION CONFERENCE WAS HELD ON NOVEMBER 6, 2018

PURSUANT TO THE ORDER     (✓) PLAINTIFF/PETITIONER APPEARED
                                                          (✓) DEFENDANT/RESPONDENT APPEARED

PLAINTIFF'S ATTORNEY(S)/FIRM:
    TONY GRIFFITH, ESQUIRE

DEFENDANT'S ATTORNEY(S)/FIRM:
    T. KEVIN KNIGHT, ESQUIRE
    ROBERT N BELLE, JR., ESQUIRE

MEDIATOR(S):
    RICK DALAN, ESQUIRE

RESULTS:
( ) FULL SETTLEMENT
( ) PARTIAL SETTLEMENT
(✓) NO SETTLEMENT
( ) CONTINUED (DATE)_____

LENGTH OF MEDIATION CONFERENCE __2.5 hours__

_____
RICK DALAN, MEDIATOR