5/29/2018                                    Patient chart - Patient: Jennifer Farley DOB: 04/06/1980 PRN: N/A

**PATIENT**                          **FACILITY**
Jennifer Farley                      **Doctors Urgent Care Holiday**          # EXHIBIT A
DOB      04/06/1980                  T  (727) 945-0100
AGE      38 yrs                      F  (727) 945-0133
SEX      Female                      2404 US Highway 19
PRN                                  Holiday, FL 34691

## Patient identifying details and demographics

| FIRST NAME | Jennifer | SEX | Female | ETHNICITY | Provider did not ask |
| MIDDLE NAME | - | DATE OF BIRTH | | | |
| LAST NAME | Farley | DATE OF DEATH | - | PREF. LANGUAGE | - |
| SSN | | PRN | - | RACE | Provider did not ask |
| | | | | STATUS | Active patient |

### CONTACT INFORMATION

| ADDRESS LINE 1 | | CONTACT BY | - |
| ADDRESS LINE 2 | - | EMAIL | - |
| CITY | | HOME PHONE | |
| STATE | | MOBILE PHONE | Does not have mobile |
| ZIP CODE | | | |
| | | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

### FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

### PATIENT NOTES

$115 BAD DEBT ADJ For dos 11.21.13 - United Applied Dedct No Response to Stmts Emergency contact: 727-442-1656 UHC 961418890 Verified 11.21.13 copay $0

## Current Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| Acute sinusitis, unspecified | Chronic | 11/21/2013 | |
| Encounter comment: ethmoid by Laurie Folkman MD on 11/21/13 | | | |

## Historical Diagnoses

| | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| Patient has no known drug allergies | | |

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

5/29/2018                              Patient chart - Patient: Jennifer Farley DOB: 04/06/1980 PRN: N/A

## Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No environmental allergies recorded | | |

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| cefuroxime (Ceftin) 250 mg oral tablet | one po bid | 11/21/13 - | - |

  ☐ Script: 11/21/13 Prescriber: Laurie Folkman MD Refills: 0 Quantity: 20
  ☐ Script: 11/21/13 Prescriber: Laurie Folkman MD Refills: 0 Quantity: 20

| | | | |
|---|---|---|---|
| PredniSONE 10 mg oral tablet | 4 pills thurs ,3 fri ,2 sat , 1 sun | 11/21/13 - | - |

  ☐ Script: 11/21/13 Prescriber: Laurie Folkman MD Refills: 0 Quantity: 10

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No historical medications recorded | | | |

## Immunizations

| DATE | VACCINE | SOURCE | LOT NUMBER | EXPIRES | COMMENT |
|---|---|---|---|---|---|
| No immunizations recorded for this patient. | | | | | |

## Past medical history

| MAJOR EVENTS |
|---|
| Denies |
| ONGOING MEDICAL PROBLEMS |
| Denies |
| ALLERGIES |
| NKDA |
| FAMILY HEALTH HISTORY |
| Dm |
| SOCIAL HISTORY |
| Non smoker, no etoh |

5/29/2018                                    Patient chart - Patient: Jennifer Farley DOB: 04/06/1980 PRN: N/A

| PATIENT | | FACILITY | | ENCOUNTER | |
|---|---|---|---|---|---|
| **Jennifer Farley** | | **Doctors Urgent Care Holiday** | | NOTE TYPE | SOAP Note |
| DOB | | T  (727) 945-0100 | | SEEN BY | Laurie Folkman M.D. |
| AGE | 38 yrs | F  (727) 945-0133 | | DATE | 11/21/2013 |
| SEX | Female | 2404 US Highway 19 | | AGE AT DOS | 33 yrs |
| PRN | | Holiday, FL 34691 | | Electronically signed by Laurie Folkman | |
| | | | | MD at 11/21/2013 07:07 pm | |

## Chief complaint

throat  (Appt time: 6:45 PM) (Arrival time: 6:58 PM)

| Vitals for this encounter | |
|---|---|
| | **11/21/13** |
| Temperature | 98.20 °F |
| Weight | 17.80 lb |
| Respiratory rate | 18 bpm |
| Height | 65 in |
| Pulse | 83 bpm |
| BMI | 2.96 |
| Blood pressure | 110/78 mmHg |

### SUBJECTIVE

/t with cold that is better but now brown phelgm and dry cough and swollen tonsils.

Brief ROS:

Patient denies any fever, chills, or malaise. No nausea, vomiting, diarrhea,  denies CP, denies SOB,  denies abdominal pain.

### OBJECTIVE

spo2% 97

GENERAL: NAD, WDWN
EYES: anicteric, no scleral injection
ENT:  Nares are patent. Pharynx with injection but no exudate.  TMs are clear bilaterally. Maxillary sinuses are nontender bilateral, frontal sinuses are nontender
LUNGS: CTA, no rales; adequate air movement
HEART: RRR S1 S2 without murmurs
ABDOMEN: nondistended, soft.
NEURO: Gait wnl, Neck supple
PSYCH: affect normal, normal thought and behavior
SKIN: no facial rash, no other skin lesions visualized.
LYMPHATICS: Shotty bilateral cervical LAD appreciated, no other LAD appreciated.

### ASSESSMENT

Diagnoses attached to this encounter:

Acute sinusitis, unspecified [461.9] Comment: ethmoid

### PLAN

Discussed natural and expected course of this diagnosis and need to alert me if symptoms do not follow expected course, or if any orse.  Discussed the common and serious side effects of medication prescribed and the need to alert me if experiencing these or having any concerns about a possible medication effect.  RTO PRN, if any new sxs or worsening of sxs rto or to ER.

Medications attached to this encounter:

5/29/2018                               Patient chart - Patient: Jennifer Farley DOB: 04/06/1980 PRN: N/A

Ceftin (cefuroxime) oral tablet 250 mg one po bid (start date: 11/21/2013) prescription: qty 20 of 250 mg one po bid (NO refills)

PredniSONE oral tablet 10 mg 4 pills thurs ,3 fri ,2 sat , 1 sun (start date: 11/21/2013) prescription: qty 10 of 10 mg 4 pills thurs ,3 fri ,2 sat , 1 sun (NO refills)