**EXHIBIT C**

JENNIFER FARLEY vs STATE FARM
MICHAEL FREEMAN, MEDDR, PH.D., MPH

```
 1            IN THE UNITED STATES DISTRICT COURT

 2                  MIDDLE DISTRICT OF FLORIDA

 3

 4   JENNIFER FARLEY,           )
                                )
 5              Plaintiff,      ) Case No. 8:18-cv-00171-JSM-MAP
                                )
 6   vs.                        )
                                )
 7   STATE FARM MUTUAL          )
     AUTOMOTIVE INSURANCE       )
 8   COMPANY, a foreign         )
     corporation,               )
 9                              )
                Defendant.      )
10   _____)

11

12

13              VIDEOTAPED DEPOSITION

14                     OF

15       MICHAEL D. FREEMAN, MedDr, PhD, MPH

16         Taken in behalf of the Defendant

17

18

19              (Pages 1 - 96)

20

21              Salem, Oregon

22              April 30, 2019

23

24

25
```

ORANGELEGAL        **Orange Legal**
                    800-275-7991

1   Q.   Okay.  Then that's -- that's the answer.  I
2   can't ask you to talk about something that you don't
3   recall or remember.
4   A.   Yep.
5   Q.   Let's keep going here.
6        MR. BRESLER:  Hey, Robert, what was that --
7        MR. BELLE:  Yes.
8        MR. BRESLER:  -- what was that cite again?
9   I got the -- I got the WL.  I apologize.
10       MR. BELLE:  Let me go back and find it.
11       MR. BRESLER:  Sorry about that.
12       MR. BELLE:  It's 20 -- can you hear me?
13       MR. BRESLER:  Yes.
14       MR. BELLE:  17 WL 3597515.
15       MR. BRESLER:  Thanks.
16       MR. BELLE:  Yep.
17  BY MR. BELLE:  (Continuing)
18  Q.   Sir, have you ever been issued a cease and
19  desist order for referring to yourself as a doctor in
20  the State of Texas?
21  A.   You mean the one that was rescinded after
22  it turned out that it was based on a fraudulent
23  complaint from an expert from Biodynamic Research
24  Corporation, the people who you've hired in this case?
25  Yes, I'm familiar with that.  The notice has been

1  rescinded, and the complaint was dismissed because it
2  was fraudulent.
3           The complaint was brought by a Dr. Ted Bain
4  of Biodynamic Research Corporation.  Dr. Bain has
5  been -- has had his testimony stricken more than 20
6  times based on my testimony.  Fortunately Dr. Bain's
7  competency at filing a false complaint with the Board of
8  Medical Examiners is at the same level of his testimony
9  that's been stricken so often.
10      Q.  Okay.  So the answer to the question is
11  yes?
12      A.  That answer to my question is that there is
13  no such order because the order was rescinded because it
14  was issued in error and now the complaint has been
15  dismissed because it was fraudulent.
16      Q.  Now, you write also in your report that you
17  are an affiliate of the medical examiner with the
18  Allegheny County Medical Examiner's Office.  What does
19  that mean?
20      A.  It means that -- it's an unpaid position.
21  It's associated with my fellowship in forensic pathology
22  that I did with that organization in 2014 and '15, and
23  that I am periodically consulted on cases.
24      Q.  Okay.  Do you at any time issue causes of
25  death or manner of death reports?