# EXHIBIT D

**State Farm Mutual Automobile Insurance Company**

*7401 Cypress Gardens Boulevard*
*Winter Haven FL 33888*

| 12446-6-S | | MUTL  VOL |
|---|---|---|

## DECLARATIONS PAGE

NAMED INSURED
AT2                          59-2333-6 S      A
     004925  0058
FARLEY, JENNIFER AND KATHLEEN
1671 CASTLEWOOD LN
PALM HARBOR FL  34683-6106

| POLICY NUMBER   351 0364-C15-59B |
|---|
| POLICY PERIOD MAR 15 2013 to SEP 15 2013 |
| 12:01 A.M. Standard Time |

STATE FARM PAYMENT PLAN NUMBER
1244924119

AGENT

MIKE MAHER
3150 N MCMULLEN BOOTH RD
CLEARWATER, FL 33761-2025

PHONE: (727)726-8844

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.**
**IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSED.**

### YOUR CAR

| YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID. NUMBER | CLASS |
|---|---|---|---|---|---|
| 2004 | HYUNDAI | XG350 | 4DR | KMHFU45E74A332166 | 10304010001 |

| SYMBOLS | COVERAGE & LIMITS | PREMIUMS |
|---|---|---|
| A | Liability Coverage | $274.12 |
| | Bodily Injury Limits | |
| | Each Person, Each Accident | |
| | $100,000       $300,000 | |
| | Property Damage Limit | |
| | Each Accident | |
| | $50,000 | |
| P10 | No-Fault Coverage | $83.92 |
| C | Medical Payments Coverage | $12.96 |
| | Emergency Medical Condition Limit - | |
| | Each Person | |
| | $5,000 | |
| | Not An Emergency Medical Condition Limit - | |
| | Each Person | |
| | $1,250 | |
| D | Comprehensive Coverage - $500 Deductible | $39.62 |
| G | Collision Coverage - $500 Deductible | $69.43 |
| R1 | Car Rental and Travel Expenses Coverage | $12.00 |
| | Limit - Car Rental Expense | |
| | Each Day,        Each Loss | |
| | 80%             $1,000 | |
| U3 | Uninsured Motor Vehicle Coverage (Non-Stacking) | $86.22 |
| | Bodily Injury Limits | |
| | Each Person,  Each Accident | |
| | $100,000       $300,000 | |
| | **Total premium for MAR 15 2013 to SEP 15 2013** | **$578.27**   This is not a bill |

### IMPORTANT MESSAGES

Your policy will be assessed 1.3% due to the Florida Hurricane Catastrophe Fund Assessment.

IMPORTANT NOTICE- Under No-Fault Coverage, the only medical expenses we will pay are reasonable medical expenses that are payable under the Florida Motor Vehicle No-Fault Law. The most we will pay for such reasonable medical expenses is 80% of the "schedule of maximum charges" found in the Florida Motor Vehicle No-Fault Law and in the Limits section of the Florida Car Policy's No-Fault Coverage.

Replaced policy number 351 0364-59A.

New Policy Form

Refer to the Drive Safe & Save (TM) Insert for information about an important program for which you may be eligible.

For questions, problems or to obtain information about coverage call: (727)726-8844.

### EXCEPTIONS, POLICY BOOKLET & ENDORSEMENTS (See policy booklet & individual endorsements for coverage details.)

YOUR POLICY CONSISTS OF THIS DECLARATIONS PAGE, THE POLICY BOOKLET -
FORM 9810A, AND ANY ENDORSEMENTS THAT APPLY, INCLUDING THOSE ISSUED TO YOU
WITH ANY SUBSEQUENT RENEWAL NOTICE.

Agent:      MIKE MAHER
Telephone: (727)726-8844
Prepared    APR 11 2013        2333-A44

See Reverse Side

09435/04805
155-3866.2 04-2005 (o1a025hd)
t4SX0N   (o1a025ie)
(o1a0254c)