**Curriculum Vitae**                                        # EXHIBIT A

**Steven M. Collard, M.Ed.**


**BUSINESS ADDRESS:**
Form 1.945 – Damages, LLC
P.O. Box 893, Valrico, FL  33595-0893
(813) 417-9168


**DATE OF BIRTH:**         February, 1958


**EDUCATION:**

5/94 to 7/95              University of Louisville, Louisville, Kentucky
                         Department of Educational and Counseling Psychology
                         *M.Ed.: Guidance and Counseling*
                         *Emphasis in Vocational Counseling*

1/93 to 6/94             University of Louisville, Louisville, Kentucky
                         *B.A.: Psychology*

Spring 1993 - Fall 1994  University of Nevada at Las Vegas
                         Department of Finance
                         *8 credit hours of coursework addressing the economic and*
                         *financial issues associated with disability.  Topics included:*
                         *the time value of money; the relationship between wages,*
                         *medical costs, and interest rates; labor economics; worklife*
                         *expectancy statistics; personal consumption; business*
                         *valuation; and, the replacement cost of household services.*

1988 to 1992             E Kuen Wan Kuen System of Self-Defense
                         *2nd Degree Blackbelt*

5/80 to 12/82            University of Louisville, Louisville, Kentucky
                         Department of Arts and Sciences

9/76 to 5/80             University of Louisville, Louisville, Kentucky
                         Department of Electrical Engineering

**WORK EXPERIENCE:**

| | |
|---|---|
| 11/2012 to Present | Vocational Economic Analyst, Form 1.945 – Damages, LLC |
| 12/98 to 9/2015 | Adjunct Professor, Nova Southeastern University Law School. *Design and instruct course titled "Tort Damages"* |
| 6/97 to 11/2012 | Vocational Economic Analyst, Earning Capacity Assessments, Inc. *Define the present value of monetary damages resulting from impairment to earning capacity, inability to perform household services, and need for medical and rehabilitation care. Evaluate persons' employability, ability to work and earn money, and worklife expectancy.* |
| 1996 and 2001 to 2003 | Vocational Expert, U.S. Department of Health and Human Services, Social Security Administration, Bureau of Hearings and Appeals. *Contracted to provide vocational testimony in disability hearings. Testimony based on the claimant's age, education, previous work experience, and review of medical evidence as it relates to the claimant's exertional capabilities.* |
| 1/95 to 7/97 | Vocational Economic Analyst, Vocational Economics, Inc. *Conduct assessments to analyze earning capacity in litigation-related matters.* |
| 1/93 to 1/95 | Vocational Economic Evaluator, Vocational Economics, Inc. *Interview occupationally disabled persons for purposes of assessing lost earning capacity as a result of injury.  Provide technical and theoretical support to professionals engaged in earnings assessments.  Assist in the research and compilation of occupational/financial databases regarding disabled and nondisabled persons.* |

**COMMUNITY SERVICE:**

| | |
|---|---|
| 1996 to 2003 | Board of Directors, *The Eagle's Retreat*, Tampa, FL, *Assisted and facilitated group meetings, activities and coordinating guest speakers for brain injury support group. Mentored survivors and assisted with their functioning in psychological, social, practical and daily living activities. Mentoring continues at present with numerous survivors on an individual basis.* |

| | |
|---|---|
| 2004 to 2011 | Assistant Swim Coach, Bloomingdale High School and annual lecturer for Professor Lucker's Anatomy and Physiology Classes at Bloomingdale. |
| Summer, 2005 | Head Swim Coach, YMCA @ FishHawk Ranch, FL<br>*Provided 1,000 plus volunteer hours to develop, organize and lead a competitive swimming program for more than 100 children.* |
| 2008 to 2010 | Volunteer Member, Riverview High School Career and Technical Advisory Board, and annual lecturer for Mrs. Judith Gaspar's classes at Riverview. |
| 11/2011 to 6/2014 | Assistant Swim Coach, Brandon Swim and Aquatics Club, Brandon, FL<br>*Providing 15-20 volunteer hours per week helping developing competitive swimmers* |
| Spring 2015 | Volunteer Mentor, Mock Trial Team, Nova Southeastern University, South Texas Mock Trial Competition. |

## PRESENTATIONS and PUBLICATIONS:

Collard, Steven M.   "Defining Loss of Earning Capacity in Cases of Partial Disability." Delivered to the Inns of the Court of Gainesville, Gainesville, Florida, 21 November 1996.

Collard, Steven M.  "The Five Steps of Earning Capacity."  Delivered to the Suncoast Chapter of The Florida Legal Assistants, Sarasota County Florida,  10 November 1997.

Collard, Steven M.  Faculty, <u>The Art of War Conference</u>, Wynn Resort Las Vegas, "The Defense Vocational Rehabilitation Expert – Using Their Own Testimony to Defeat Them", November, 2007.

Collard, Steven M.  Faculty, <u>The Art of War Conference</u>, Wynn Resort Las Vegas, "The Defense Vocational Rehabilitation Expert – Using Their Own Testimony to Defeat Them", December, 2008.

David-Harris, R.S., A.L. Gluck, and S.M. Collard.  "Age Discrimination in the Workplace: Economic Challenges."  National Association of Forensic Economics session January 5-7, 1996 at the Allied Social Science Convention.

Collard, S.M. and A.M. Gamboa.  "Are the Wrongfully Injured Adequately Awarded?" *Michigan Lawyers Weekly*, vol. 9, no. 50, (23 October 1995):  6, 41.

Collard, S.M. "Understanding the Construct of Earning Capacity." *Florida Bar Journal Quarterly Advocate,* (January 1997).

Collard, S.M. "Defining Earning Capacity With a Proxy for Actual Earnings." *Florida Bar Journal Quarterly Advocate,* (May, 1998).

Collard, S.M. "Understanding the Present Value of a Structured Settlement." *Florida Bar Journal, Quarterly Advocate,* (August, 2000).

Collard, S.M. "First Degree, Second Degree or Third Degree Disability." *Florida Bar Journal, Quarterly Advocate,* (October, 2000).

Collard, S.M. "New Tool Adds Strength to Damages Assessments" *Florida Bar Journal, Quarterly Advocate,* (May, 2004).

Collard, S.M. "The Defense IME Vocational-Rehabilitation Evaluation" *Florida Bar Journal, Quarterly Advocate,* (March, 2005).

Carbon Monoxide Poisoning, edited by David Penney, Chapter 31, *"Injury Caused by Carbon Monoxide Poisoning: Defining Monetary Damages,"* Collard, Steven M. (October, 2007).

Collard, S.M. "From Non-Pecuniary to Pecuniary: Measuring Hedonic Damages" *Florida Bar Journal, Quarterly Advocate,* (spring, 2009).

Collard, Steve. "Kicking Standards to Better Develop Beginners", American Swimming Coaches Association, 2014 Edition, Issue 5.


**CONTINUING EDUCATIONAL CREDITS**

American Rehabilitation Economics Association annual conference, May 14-16, 1999, Reno, Nevada: *10.5 Total Continuing Education Credits*

American Rehabilitation Economics Association annual conference, May 17-20, 2001, Reno, Nevada: *25.5 Total Continuing Education Credits*

**PROFESSIONAL ASSOCIATIONS/AFFILIATIONS:**

American Rehabilitation Economics Association

January, 2018