Steven M. Collard's Testimony record for the past several years **EXHIBIT B**

Trial Testimony February 4, 1998 in United States District Court Middle District of Florida Tampa Division case # 95-2108-CIV-T-17A James Ribovich vs Anheuser Busch et al;
Deposition and Trial testimony in the United States District Court for the Southern District of Florida, Deborah Jones vs Carnival Cruise Lines 04-204-7-CIV (Jordan);
Deposition (2/10/12) and trial (3/20/12) Raia vs Netzhimer et al, Volusia County case # 2009-30545CICI;
Trial testimony Bates vs Fitzpatrick 4/25/2012 Hillsborough county case #96DR4989;
Deposition (5/11/2012) Perkins vs Moller, Hillsborough county case # 08-021870;
Deposition (7/3/2012) Biehl vs Roan et al, Manatee County case # 2010 CA 003915;
Deposition (9/10/2012) estate of Arronte vs Mercy Hospital, Miami-Dade case # 10-58914 CA 09;
Deposition (9/11/2012) Jenkins vs Blum, Broward county case # 11-10841, CACE 18;
Deposition 7/15/2013, Johnson vs Rodger, Collier County case # 11-1667CA
Trial testimony (2/12/14) Bralo v Spirit Airlines, US District Court (Southern) case no.: 0:13-CV-60948-DMM,
Deposition testimony Cox etc et al v. Lee Memorial etc et al Case No: 2012-CA-002155
Deposition testimony in Davis vs Paley et al, Broward County case #113270-CACE 25;
Depo (7/7/14) and Trial (7/16/14) Austin vs Mackie, Pinellas County case #12-8347-CI
Trial (1/7/2015) Candice Drabin vs 21st Century Centennial Ins Co., Sarasota County case #2013 CA 008326 NC;
Depo (1/13/2015) Mary Smith vs Oswald Woudhuizen et al, Seminole County FL case # 2012 CA 005570;
Depo (2/3/2015) Muniz v City of Hollywood, Esa and Mary Natour, Broward County Case # 13-015656(04);
Depo (7/2/15) Cameron vs Travelers, Collier county case #14-CA-000660;
Depo (8/13/15) Kramlich v Heines, Hernando County case #CA-13-594;
Depo and Trial (9/23/2015) Hernandez v. Bliss, Pasco County case # 2012-CA-004193-WS;
Deposition Vignolini vs Denver (11/19/2015) Charlotte County case # 14002051CA;
Trial testimony Jensen v. Jensen, 1/14/2016 Manatee County case # 2013 DR-2363;
Deposition Jacob vs. Access Healthcare Physicians, LLC, 1/28/2016;
Trial testimony Gonzalez vs Katz, Miami Dade case # 2015-000205-CA-01, January, 2016;
Deposition testimony Devaney vs USAA, Broward County case # 15-002008(2) April 22, 2016;
Deposition Franklin vs Egozi et al, Miami-Dade case 2014-26473-CA-01, April 19, 2016;
Depo (12/12/14) trial (8/24/2016) Mills & Houston vs Lawes et al, Polk County case #53-2007-CA-006134;
Deposition (8/14/16) & trial (9/13/16) Harlow vs Brighthouse, Hillsborough County case #14-CA-011547;
Trial testimony (10/19/16) Moreau vs Sorrell, Monroe County case # 09-CA-743-P;
Deposition Barber v 21st Century Centennial (3/1/17) Hernando County case # 15000411CAAXMX;
Deposition (3/3/17) Menendez v Ace Insurance et al Hillsborough County case # 15-CA-008443;
Trial (5/23/2017) Hall v. Hall, Hernando County Fl case # H-27-2013-1677;
Deposition (5/31/2017) Beltran v. NCL Bahamas, LTD, US District Court (Southern) case # 13-CV24566-MGC;
Deposition (August 9, 2017) Benedict v. Koziara, W.P.Beach County case # 50 2014 CA 8889;
Deposition Blanco vs Gutierrez (9/21/17) Miami Dade case # 16-013068-CA-09;
Depo (9/26/17) and Trial (11/8/17) Wallick v. Red Coach et al, Alachua County case # 2016-CA- 00272;
Depo (10/10/17) and Trial (10/17/17) Tracy vs. Sentz et al Marion County case # 2015-863-CA-B;
Depo (3/5/18) Mini V. Mena, 2015-CA-0000637 DIV 55;
Depo (3/13/18) Robles Ramos, Orange County Case # 2016-CA-011184;
Depo (3/23/2018) Arroyos vs NCL, case # 16-20929-CV-COOKE/TORRES;
Trial (5/21/2018) Johnson v Johnson, West Palm Beach case # 50-2017-01521 xxx-MB;
Depo, (8/22/18) Torres v Tejeda et al, Miami Dade case # 10-20226-CA-5;
Depo (9/26/18) Johnson vs Hall, Pinellas county case # 2017 CA 004982;
Depo (10/8/18) Allen vs Mazzacane et al, (Marion or Alachua) #17-1298-CA-G;
Depo (10/11/18) Fillyaw v Wannenwetsch et al Alachua #01-2017-CA-2468 divJ;
Depo 10/26/18, Livingstone vs Orlando Health et al, case # 2016-010563-0 9th Judicial District Orange County, FL
Depo, 11/6/18.Goguen vs SS Ocala Holdings, et al, Marion County case #16-2284-CA-G;